Nathan Marra, Appellant, v Emiline A. Barney, Respondent, et al., Defendant. (Appeal No. 1.) [758 NYS2d 586] —Appeal from an order of Supreme Court, Onondaga County (Carni, J.), entered June 12, 2002, which, inter alia, granted the motion of defendant Emiline Abbie Barney for summary judgment dismissing the complaint against her and granting her counterclaim.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Pigott, Jr., P.J., Green, Pine, Burns and Gorski, JJ.

 Nathan Marra, Appellant, v Emiline A. Barney, Respondent, et al., Defendant. (Appeal No. 2.) [758 NYS2d 587] —Appeal from a judgment of Supreme Court, Onondaga County (Carni, J.), entered June 12, 2002, which adjudged that defendant Emiline Abbie Barney is the owner in fee simple and seized and possessed of the real property known as 6336 South Bay Road in the Town of Cicero and that any claim which plaintiff had or might claim to have had to the real property is without validity and of no force and effect.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Carni, J. Present—Pigott, Jr., P.J., Green, Pine, Burns and Gorski, JJ.